United States District Court
Southern District of Texas
**ENTERED**
July 27, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | |
|---|---|
| ROBERT CHACON, | § |
| Plaintiff, | § |
| VS. | § CIVIL ACTION NO. 3:16-CV-161 |
| DIRECTOR, UTMB CMC, *et al.*, | § |
| Defendants. | § |

## ORDER

Plaintiff Robert Chacon (TDCJ #01550395) is a state inmate incarcerated in the Texas Department of Criminal Justice - Correctional Institutions Division ("TDCJ"), and he has filed a civil rights lawsuit. In that lawsuit, Chacon alleges that he suffered a debilitating stroke during a battery of cardiac tests at the University of Texas Medical Branch ("UTMB") in Galveston. Chacon has filed two motions requesting that the Court appoint counsel for him.

The Court has requested a report from the Texas Attorney General under *Martinez v. Aaron*, 570 F.2d 317 (10th Cir. 1987). *See Cay v. Estelle*, 789 F.2d 318, 323 & n.4 (5th Cir. 1986) (discussing the utility of a *Martinez* report). The Court notes Chacon's request for appointed counsel but will not consider granting that request until after it evaluates Chacon's claims in light of the *Martinez* report. Chacon's motions (Dkt. 8 and Dkt. 9) are **DENIED**.

The Clerk will provide a copy of this order to the parties.

SIGNED at Galveston, Texas, on ___July 26___, 2017.

*George C. Hanks Jr.*
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE